

FILED & JUDGMENT ENTERED
Steven T. Salata

May 23 2013

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE / BRYSON CITY DIVISIONS

IN RE:

James M. Waldrop
Almeria J. Waldrop

Debtor(s)

Chapter   13

Case No.   09-10610

ORDER AFFECTING PLAN

On **April 16, 2013**, after notice having properly issued, a hearing or trial was held by the Court upon the following cause:

( x ) Trustee's Motion to Dismiss, Modify Plan or for Other Appropriate  Relief
(   ) Other:
**As a result of the said proceeding, the Court found these facts:**
(   ) The debtor(s) failed to appear at the §341 meeting.
(   ) The debtor(s) failed to commence payments under §1326(a).
(   ) The debtor(s) failed to make payments required by confirmed Ch.13 plan.
( x ) Other Findings:
    **To cure the default, the debtors will resume payments of $1,025
    per month, beginning April, 2013.**

Based upon the foregoing findings of fact, the Court concludes the following action is appropriate as a matter of law, and **ORDERS** the following:
( x ) The notice of this motion given by the Trustee is approved.
( x ) The Trustee's **MOTION TO MODIFY**  is allowed.
( x ) The plan is **MODIFIED**, as set forth above.
(   ) The Trustee's **MOTION TO DISMISS** is (     ) allowed (     ) denied.
(   ) The case is **DISMISSED** on the facts found above.
( x ) Award of attorneys' fees:  **$200 to Hay**
(   ) The case is **CONVERTED TO CHAPTER 7.**
(   ) Other:

IT IS SO ORDERED.

This Order has been signed electronically pursuant to
administrative order of the Court.
Effective as of date of entry.

George R. Hodges
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE / BRYSON CITY DIVISION

In re:                                )
                                      )   Case No: 09-10610
James M. Waldrop                      )
Almeria J. Waldrop                    )
        Debtor(s)                     )
                                      )

## CERTIFICATE OF SERVICE

The Undersigned, hereby certifies that a copy of the document which is attached was mailed this date to all parties in interest herein as required by the Bankruptcy Code and Rules of Bankruptcy Procedure.

DAVID G. GRAY, Chapter 13 Trustee

Dated: 05/22/2013

Chapter 13 Trustee's Office

_____ Order Confirming Plan

_____ Discharge

__X__ Other – Order Affecting Plan (4/16/13 hrg)

0910610
WALDROP, JAMES M.
WALDROP, ALMERIA J.
343 OAK HILL RD.
CANDLER, NC 28715

0910610 7 881   2
DAVID G. GRAY, TRUSTEE
OTHER COSTS RECORD
81 CENTRAL AVENUE
ASHEVILLE, NC 28801

0910610 2 016 5
NC DEPT OF REVENUE
P O BOX 1168
RALEIGH, NC 27602

0910610 2 006 6
BUNCOMBE COUNTY TAX COLL
35 WOODFIN STREET, SUITE 204
ASHEVILLE, NC 28801

0910610 1 001 7
ASHEVILLE SAVINGS BANK
ATTN: SPECIAL ASSETS
P O BOX 652
ASHEVILLE, NC 28802

0910610 1 011 8
AMERICAN HONDA FINANCE
NATIONAL BANKRUPTCY CENTER
P O BOX 168088
IRVING, TX 75016-8088

0910610 1 020 10
SUN TRUST
PO BOX 27161
RICHMOND, VA 23261

0910610 3 003 12
BELK
P O BOX 960012
ORLANDO, FL 32896-0012

0910610 1 004 13
CAPITAL ONE, NA
C/O BASS & ASSOCIATES, PC
3936 E. FT. LOWELL ROAD, STE 200
TUCSON, AZ 85712

0910610 3 008 16
CITIFINANCIAL
P O BOX 140489
IRVING, TX 75014-0489

0910610 3 009 17
GE CONSUMER FINANCE
FOR GE MONEY BANK
PO BOX 960061
ORLANDO, FL 32896-0661

0910610 3 013 19
CHASE BANK USA, N.A.
C/O CREDITORS BANKRUPTCY SVS
PO BOX 740933
DALLAS, TX 75374

0910610 3 015 20
LOWES
PO BOX 530914
ATLANTA, GA 30353

0910610 3 017 21
PATIENT CREDIT ACCOUNT MANAGEMENT
PO BOX 25215
ASHEVILLE, NC 28813

0910610 3 018 22
PAY PAL BUYER CREDIT
PO BOX 960080
ORLANDO, FL 32896-0080

0910610 3 021 23
SUN TRUST
41 RACHEL DR.
NASHVILLE, TN 37214

0910610 3 022 24
SUNTRUST BANK
CARD MEMBER SERVICES
1620 DODGE STREET
OMAHA, NE 68197-0003

0910610 3 014 25
LEI LANI HALE
146 B. MAPLE RIDGE
CANDLER, NC 28715

0910610 3 012 26
INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA, PA 19101-7346

0910610 3 023 27
PRA RECEIVABLES MANAGEMENT, LLC
PORTFOLIO RECOVERY ASSOCIATES
P.O. BOX 41067
NORFOLK, VA 23541

0910610 9 799A 30
EDWARD C HAY
137 BILTMORE AVE
ASHEVILLE, NC 28801

0910610 1 019A 32
SUNTRUST BANK
ATTN: SUPPORT SERVICES
P O BOX 85092
RICHMOND, VA 23286